LAWRENCE B. LAMBERTON, as Administrator, etc., of WILLIS M. LAMBERTON,

---

* Affd., 255 N. Y. ——.      † Revd., 255 N. Y. ——.

Deceased, Appellant, v. THE DELAWARE AND HUDSON COMPANY, Respondent.—
Judgment and order unanimously affirmed, with costs, on the ground that the
charge of the trial court as to warning signals by whistle and bell did not contain
reversible error under the pleadings, proofs and circumstances of this case, and
on the authority of *Smith* v. *Lehigh Valley R. R. Co.* (77 App. Div. 43)
and *Cepenobwiz* v. *New York Central & H. R. R. R. Co.* (147 id. 188, 193). Present
— Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.